**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0865

Katherine Reznik Benoit

- - Versus - -

Benjamin Paul Benoit

Family Court of East Baton Rouge
Case #: 215758
East Baton Rouge Parish

On Application for Rehearing filed on  03/14/2022 by Katherine Reznik Benoit

Rehearing _____ **DENIED** _____

J. Michael McDonald

Walter I. Lanier III

Elizabeth Wolfe

Date __**MAR** 2 9 2022__

Rodd Naquin, Clerk